NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of B.J., a child.

M.G. and T.J.,

   Petitioners,

v.           Case No. 2D18-4567

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

   Respondents.

Opinion filed January 16, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Collier County; Christine Greider,
Judge.

Toni A. Butler, of Aldericcio & Butler, LLC,
Naples, and Nico J. Vitale of Nico J. Vitale,
P.A., Naples for Petitioners.

Meredith K. Hall, of Children's Legal
Services, Bradenton, for Respondent
Department of Children and Families.

Morgan L. Weinstein of Defending Best
Interests Project, Hollywood, and Sara
Goldfarb for Respondent Guardian Ad
Litem Program.

PER CURIAM.

   Denied.

KHOUZAM, SLEET, and LUCAS, JJ., Concur.